In the Matter of the Claim of THOMAS MACKIN, Respondent, against CURRAN AUTO TRANSPORT COMPANY et al., Appellants, and JOHN J. NIX et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted February 27, 1933; decided March 14, 1933.)

*Jeremiah F. Connor* and *John F. Foley* for appellants.

*Harold V. Angevine* and *Grattan B. Shults* for John J. Nix et al., respondents.

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.